RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE _____
BY _____

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **KERRY V. BROWN, SR.** | **CIVIL ACTION NO. 09-955** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **CITY OF LAKE PROVIDENCE** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons states in this Court's Ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that the City of Lake Providence's ("the City") Motion for Summary Judgment [Doc. No. 21] is GRANTED IN PART and DENIED IN PART.

To the extent Plaintiff Kerry V. Brown, Sr. ("Brown") asserts claims under 42 U.S.C. § 2000e-3, those claims are DISMISSED WITH PREJUDICE. Brown's claims under 42 U.S.C. § 1983 are also DISMISSED WITH PREJUDICE.

Brown's state law claims under article 1, sections 2 and 5 of the Louisiana State Constitution and Louisiana Civil Code article 2315 are DISMISSED WITHOUT PREJUDICE.

MONROE, LOUISIANA, this 6 day of July, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE